# EXHIBIT(2)

# EXHIBIT (A)



The data shown is all the metadata we could automatically extract from your file. It may be neither complete nor adequate. Metadata could have been changed or deleted in the past. Please be aware that the metadata is provided without liability.

## Metadata of Doc-3

| | |
|---|---|
| Filename | Doc-3.pdf |
| Filesize | 132 kB |
| Filetype | PDF |
| Filetypeextension | pdf |
| Mimetype | application/pdf |
| Pdfversion | 1.5 |
| Linearized | Yes |
| Author | Eric LaRue II |
| Createdate | 2020:06:22 19:58:00Z |
| Modifydate | 2020:06:22 23:27:31-05:00 |
| Creator | Eric LaRue II |
| Creatortool | Microsoft Office Word |
| Producer | DV Rao using ABCpdf |
| Conformance | B |
| Part | 1 |
| Pagecount | 3 |
| Atob0 | (Binary data 9043 bytes) |
| Atob1 | (Binary data 9043 bytes) |
| Atob2 | (Binary data 9043 bytes) |
| Btoa0 | (Binary data 4756 bytes) |
| Btoa1 | (Binary data 4756 bytes) |
| Btoa2 | (Binary data 4756 bytes) |

**COMPLAINT PAGE - 22**

## Metadata of Doc-3

| | |
|---|---|
| Gamut | (Binary data 1801 bytes) |
| Viewingcondilluminant | 482.10265 499.99237 412.59871 |
| Viewingcondsurround | 96.42053 99.99847 82.51974 |
| Viewingcondilluminanttype | D50 |
| Profilecmmtype | none |
| Profileversion | 2.0.0 |
| Profileclass | Display Device Profile |
| Colorspacedata | RGB |
| Profileconnectionspace | XYZ |
| Profiledatetime | 2004:07:21 19:11:33 |
| Profilefilesignature | acsp |
| Primaryplatform | Unknown () |
| Cmmflags | Not Embedded, Independent |
| Devicemanufacturer | Hewlett-Packard |
| Devicemodel | sRGB |
| Deviceattributes | Reflective, Glossy, Positive, Color |
| Renderingintent | Perceptual |
| Connectionspaceilluminant | 0.9642 1 0.82491 |
| Profilecreator | Hewlett-Packard |
| Profileid | 0 |
| Profiledescription | sRGB IEC61966-2-1 withBPC |
| Bluematrixcolumn | 0.14307 0.06061 0.7141 |
| Bluetrc | (Binary data 2060 bytes) |
| Devicemodeldesc | IEC 61966-2-1 Default RGB Colour Space - sRGB |
| Greenmatrixcolumn | 0.38515 0.71687 0.09708 |
| Greentrc | (Binary data 2060 bytes) |
| Luminance | 0 80 0 |
| Measurementobserver | CIE 1931 |

## Metadata of Doc-3

| | |
|---|---|
| Measurementbacking | 0 0 0 |
| Measurementgeometry | Unknown |
| Measurementflare | 0% |
| Measurementilluminant | D65 |
| Mediablackpoint | 0.01205 0.0125 0.01031 |
| Redmatrixcolumn | 0.43607 0.22249 0.01392 |
| Redtrc | (Binary data 2060 bytes) |
| Technology | Cathode Ray Tube Display |
| Viewingconddesc | Reference Viewing Condition in IEC 61966-2-1 |
| Mediawhitepoint | 0.9642 1 0.82491 |
| Profilecopyright | Copyright Hewlett Packard, 2004 |
| Chromaticadaptation | 1.04791 0.02293 -0.0502 0.0296 0.99046 -0.01707 -0.00925 0.01506 0.75179 |
| Category | application |
| Author | Eric LaRue II |
| Creator | Microsoft Office Word |
| Producer | DV Rao using ABCpdf |
| Creationdate | Mon Jun 22 21:58:00 2020 CEST |
| Moddate | Tue Jun 23 06:27:31 2020 CEST |
| Custom Metadata | no |
| Metadata Stream | yes |
| Tagged | no |
| Userproperties | no |
| Suspects | no |
| Form | none |
| Javascript | no |
| Pages | 3 |
| Encrypted | no |

## Metadata of Doc-3

| | | |
|---|---|---|
| Page Size | 612 x 792 pts (letter) | |
| Page Rot | 0 | |
| File Size | 131556 bytes | |
| Optimized | yes | |
| Pdf Version | 1.5 | |
| Pdf Fonts | | |
| 0 | | |
| | Name | FAAAAH+TimesNewRomanPSMT |
| | Type | TrueType |
| | Encoding | WinAnsi |
| | Embedded | true |
| | Subset | true |
| | Unicode | false |
| | Object Id | 15 |
| 1 | | |
| | Name | FAAABA+TimesNewRomanPS-BoldMT |
| | Type | TrueType |
| | Encoding | WinAnsi |
| | Embedded | true |
| | Subset | true |
| | Unicode | false |
| | Object Id | 17 |
| 2 | | |
| | Name | SUTHXX+TimesNewRomanPSMT |
| | Type | TrueType |
| | Encoding | WinAnsi |
| | Embedded | true |
| | Subset | true |

**COMPLAINT PAGE - 25**

## Metadata of Doc-3

|  | Unicode | false |
|---|---|---|
|  | Object Id | 20 |
| 3 |  |  |
|  | Name | FAAABG+Calibri |
|  | Type | TrueType |
|  | Encoding | WinAnsi |
|  | Embedded | true |
|  | Subset | true |
|  | Unicode | false |
|  | Object Id | 6 |
| Pdf Images |  |  |
| Raw Header | 25 50 44 46 2D 31 2E 35 0D 0A 25 F9 FA 9A E7 0D 0A 25 41 42 43 70 64 66 20 31 31 32 30 33 0D 0A 31 31 20 30 20 6F 62 6A 0D 0A 3C 3C 0A 2F 45 20 31 31 36 32 34 30 0A 2F 48 20 5B 31 34 36 38 20 31 39 35 5D 0A 2F 4C 20 31 33 31 35 35 36 0A 2F 4C 69 6E 65 61 72 69 7A 65 64 20 31 0A 2F 4E 20 33 0A 2F 4F 20 31 34 0A 2F 54 20 31 33 31 32 38 37 0A 3E 3E 20 20 20 20 20 20 20 20 20 20 20 20 |  |
| Mediabox | 0: [object Object],[object Object],[object Object],[object Object], 1: [object Object],[object Object],[object Object],[object Object], 2: [object Object],[object Object],[object Object],[object Object] |  |

**COMPLAINT PAGE - 26**