# EXHIBIT (B)



Search

TRACE EMAIL    VERIFY EMAIL    CONTACT US

MY IP        IP TRACKER        TOOLS        WEB        PRIVACY        CYBERSECURITY        API        GAMES        REVIEWS

BLOG

# IP Address Lookup

## Security Tools

DNS Lookup
Search a Person
Inspect suspicious links
Data Breach Check

Advertisement

## IP Location Finder



| IPv4, IPv6 or Domain Name | IP Lookup |

Enter a IPv4, IPv6 or Domain name into the input box above, and we'll locate its IP location.

### 24.234.194.30

 Hide this IP Address



Here are the results from a few Geolocation providers. Is the data shown below not accurate enough? Please read geolocation accuracy info to learn why.

Do you have a problem with IP location lookup? Report a problem.

**Geolocation data from**        **IP2Location**        Product: DB6, 2024-12-1

 **IP ADDRESS:**  24.234.194.30

 **COUNTRY:**  United States

 **REGION:**  Nevada

 **CITY:**  Las Vegas

 **ISP:**  Cox Communications LLC

 **ORGANIZATION:**  Not available

 **LATITUDE:**  36.1750

 **LONGITUDE:**  -115.1372

Incorrect location? Contact IP2Location         view map



## Popular Tools

Domain Age Checker
Who is Hosting a Website
Is my website down?
Subnet Calculator

Advertisement

**COMPLAINT PAGE - 28**

**Geolocation data from**            **ipinfo.io**            Product: API, real-time

**IP ADDRESS:** 24.234.194.30          **ISP:** Not available

**COUNTRY:** United States             **ORGANIZATION:** AS22773 Cox
                                       Communications Inc.

**REGION:** Nevada

**CITY:** Las Vegas                    **LATITUDE:** 36.1750

                                       **LONGITUDE:** -115.1372

Incorrect location? Contact ipinfo.io                              view map



## IP Address Articles

**Geolocation data from**            **DB-IP**              Product: API, real-time

**IP ADDRESS:** 24.234.194.30          **ISP:** Cox Communications Inc.

**COUNTRY:** United States             **ORGANIZATION:** Cox Communications
                                       Inc

**REGION:** Nevada

**CITY:** Las Vegas                    **LATITUDE:** 36.1716

                                       **LONGITUDE:** -115.139

Incorrect location? Contact DB-IP                                 view map

March 1, 2016
How to hide my IP address?

There are several ways to hide your
IP address, and your geolocation.
Hiding your IP address is concealing
your "true" IP address with a
different one. You may use a VPN,
Proxy or Anonymous Browser to
hide your IP address.

Learn more ＞

**Geolocation data from**            **IPregistry.co**        Product: API, real-time

**IP ADDRESS:** 24.234.194.30          **ISP:** Cox Communications Inc.

**COUNTRY:** United States             **ORGANIZATION:** Cox Communications
                                       Inc. (cox.com)

**REGION:** Nevada

**CITY:** Las Vegas                    **LATITUDE:** 36.16725

                                       **LONGITUDE:** -115.14851

Incorrect location? Contact IPregistry.co                        view map


Private Vacation Rentals



April 14, 2016
How to change your IP
address?

Would you like to change the IP
address of your computer,
smartphone or tablet? You're getting
your IP address from your Internet
Service Provider, and you have the
right to obtain a new IP address
whenever you desire. Let us show
you how you can change an IP
address of your device.

Learn more ＞

**Geolocation data from**            **IPGeolocation.io**      Product: API, real-time

**IP ADDRESS:** 24.234.194.30          **ISP:** Cox Communications Inc.

**COUNTRY:** United States             **ORGANIZATION:** Cox Communications
                                       Inc.

**REGION:** Nevada

**CITY:** Las Vegas                    **LATITUDE:** 36.17193

                                       **LONGITUDE:** -115.14001

Incorrect location? Contact IPGeolocation.io                     view map

**COMPLAINT PAGE - 29**

## Geolocation data from **IPapi.co**        Product: API, real-time

**IP ADDRESS:** 24.234.194.30
**COUNTRY:** United States
**REGION:** Nevada
**CITY:** Las Vegas

**ISP:** ASN-CXA-ALL-CCI-22773-RDC
**ORGANIZATION:** ASN-CXA-ALL-CCI-22773-RDC
**LATITUDE:** 36.1721
**LONGITUDE:** -115.1224

Incorrect location? Contact IPapi.co        view map

## Geolocation data from **ipbase.com**        Product: API, real-time

**IP ADDRESS:** 24.234.194.30
**COUNTRY:** United States
**REGION:** Nevada
**CITY:** Las Vegas

**ISP:** Cox Communications Inc.
**ORGANIZATION:** Cox Communications Inc.
**LATITUDE:** 36.1750
**LONGITUDE:** -115.1372

Incorrect location? Contact ipbase.com        view map

## Geolocation data from **criminalip.io**        Product: API, real-time

**IP ADDRESS:** 24.234.194.30
**COUNTRY:** United States
**REGION:** Nevada
**CITY:** Las Vegas

**ISP:** Not available
**ORGANIZATION:** Cox Business
**LATITUDE:** 36.1962
**LONGITUDE:** -115.2633

Incorrect location? Contact criminalip.io        view map

## Geolocation data from **ipapi.is**        Product: API, real-time

**IP ADDRESS:** 24.234.194.30
**COUNTRY:** United States
**REGION:** Nevada
**CITY:** Las Vegas

**ISP:** Cox Communications Inc.
**ORGANIZATION:** Cox Communications Inc.
**LATITUDE:** 36.1750
**LONGITUDE:** -115.1372

Incorrect location? Contact ipapi.is        view map

Would you like to help us improve ip-to-location data by providing your feedback?

**Login to add feedback**



February 15, 2012
What is the difference between public and private IP address?

A public IP address is an IP address that can be accessed over the Internet, and a private IP address is an IP address that is local to your private network. A public IP is a globally unique IP, while a private IP address can be reused in different networks.

Learn more ⟩



October 7, 2012
What is the difference between a static and dynamic IP address?

An IP address is an address assigned to a device on the Internet. A static IP address is a fixed IP address that never changes, and a dynamic IP address is an IP that is assigned by the DHCP server which may change over time.

Learn more ⟩

Advertisement

## Blog Categories

▸ Artificial Intelligence (90)

▸ Automotive (22)

▸ Business (217)

  ▸ Ecommerce (85)

  ▸ Intellectual Property (11)

  ▸ Productivity (21)

**COMPLAINT PAGE - 30**

## Trivia Question

What is a 'phishing' attack?

○ A type of malware

○ A social engineering attack

○ A network attack

○ A hardware attack







Cloud Services (86)

Computing (59)

Crypto & Blockchain (39)

Cybersecurity (275)

 ▸ Distributed Denial of Service (10)

 ▸ Password (21)

 ▸ Safety (27)

Data & Database (24)

Digital Marketing (128)

Education (47)

Email (73)

Entertainment (16)

Fashion (2)

Finance (77)

Games (69)

Healthcare (32)

Internet of Things (22)

IP Address (67)

 ▸ Geolocation (44)

Legal (9)

Lifestyle (22)

 ▸ Parenting (2)

Network (96)

Online Resources (13)

Online Tools (81)

Privacy (137)

 ▸ Virtual Private Network (91)

 ▸ Proxy (55)

Real Estate (8)

Scams & Frauds (16)

Security (7)

Smartphone (50)

Social Media (77)

 ▸ Social Media Marketing (40)

Software (188)

 ▸ Software Development (141)

## IP-Based Geolocation Accuracy

The Geolocation lookup tool provided on this page is an estimate of where the IP address may be located. The data come from a few IP-Based Geolocation providers, and their accuracy varies depending on how quickly they update their database when changes occur. Since many Internet users are getting their dynamic IP address from their ISP, and most ISPs serve their customers in multiple regions causing Geolocation lookup to be accurate to the region they serve. For example, AT&T in the United States serve their customers in entire USA and the accuracy may be limited to the Country level. Other ISPs may be serving smaller areas, and some ISPs create subnetworks to serve their customers in smaller regions. For this reason, the IP-based Geolocation will be about 99% accurate at the country level while the accuracy of State and City may be at much less accurate level somewhere around 50% range.

For more information about Geolocation Accuracy, please read How accurate is IP-based Geolocation lookup?

**COMPLAINT PAGE - 31**

## Related Articles

- [What is an IP Address?](#)

- [My IP Address is Hacked. What can I do?](#)

- [What is the difference between static and dynamic IP Address?](#)

- [What is the difference between public and private IP Address?](#)

▸ Software Testing (16)

▸ Mobile App Development (13)

▸ Web Development (8)

▾ Technology (61)

▸ Information Technology (9)

▸ Electronics (1)

▸ Travel (19)

▾ World Wide Web (166)

▸ Search Engine Optimization (65)

▸ Web Hosting (28)

▸ Web Design (16)

### About Us



Welcome to IP Location, the home of IP Geolocation, security and privacy resources. This website was built to offer tips, tutorials and articles on IP address, VPN, Proxy, DDoS and WebAuthn technologies.

### Popular Topics

› VPN

› Proxy

› Web Hosting

› SEO

› Product Reviews

› Forums

### Company Info

› Terms of Service

› Privacy Policy

› Advertise With Us

› Guest Posting

› Contact Us

› Login / Signup

### Socialize

Subscribe to our newsletter:

Enter your Email                Subscribe

**Like Us**
on Facebook

**Twitter**
on Twitter

**LinkedIn**
on LinkedIn

**Instagram**
on Instagram

Do not sell or share my personal information.

© 2006 - 2024, Brand Media, Inc. All rights reserved.

**COMPLAINT PAGE - 32**