# EXHIBIT (C)

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

JERMAINE CARLOS DIAZ,
      Plaintiff/Counter-Defendant,

v.                            CASE NO:  2019-CA-008025-O

RAYON SHERWIN PAYNE
d/b/a FOLKSALERT,

      Defendant/Counter-Plaintiff.
_____/

**PLAINTIFF/COUNTER-DEFENDANT'S PRO SE
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, JERMAINE CARLOS DIAZ, Plaintiff/Counter-Defendant, in the above-styled and numbered matter and files this Pro Se Motion for Extension of Time to File A Response to Defendant's Motion for Summary Judgment, and in support thereof would show the following:

1. Plaintiff/Counter-Defendant was given two weeks to file a response to defendant's motion for summary judgment.  The deadline expires today, June 22, 2020.

2. Within the last two weeks Plaintiff/Counter-Defendant's attorney, Eric P. LaRue II, Esquire and The LaRue Firm, PLLC, filed a motion to withdrew from representation of Plaintiff/Counter-Defendant, Jermaine Carlos Diaz.

3. Plaintiff/Counter-Defendant immediately attempted to hire an attorney in Orlando, Florida. However, due to COVID-19 pandemic has been unable to hire a lawyer to represent him until today.

4. Plaintiff/Counter-Defendant is in the process of retaining new counsel however it will take one to two day to fully employ new counsel.

**COMPLAINT PAGE - 34**

5. Accordingly, Plaintiff/Counter-Defendant is requesting a 14-day extension to hire and allow counsel to prepare and file response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____
JERMAINE CARLOS DIAZ
2827 Monarch Crossing
Missouri City, Texas 77459
Email: lace@lacetheblueprint.com
Telephone: (501) 400-6666

Pro See Plaintiff/Counter-Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the clerk of the court and served on Defendant's counsel this 22nd day of June 2020.

_____
JERMAINE CARLOS DIAZ

2

IN THE CIRCUIT COURT OF THE NINTH

JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

JERMAINE CARLOS DIAZ,

Plaintiff/Counter-Defendant,

CASE NO: 2019-CA-008025-O

v.

RAYON SHERWIN PAYNE
d/b/a FOLKSALERT,

Defendant/Counter-Plaintiff.
_____/

### **ORDER**

JERMAINE CARLOS DIAZ, Plaintiff/Counter-Defendant, Pro Se Motion for Extension

of Time to File A Response to Defendant's Motion for Summary Judgment is hereby:

GRANTED. Mr. Diaz's attorney shall file a notice of appearance immediately. Counsel

will have until _____ _____, 2020 to file a response to the motion for summary

judgment.

DONE AND ORDERED in Chambers in Orlando, Orange County, Florida

on this _____ day of June, 2020.

_____
The Honorable Lisa T. Munyon
Circuit Court Judge

3

**COMPLAINT PAGE - 36**