# EXHIBIT (D)

<u>BUSINESS RECORDS AFFIDAVIT</u>

STATE OF FLORIDA     )
                           )

COUNTY OF LEON      )

BEFORE ME, the undersigned authority, personally appeared ELIZABETH L. ALLMAN, who, after being first duly sworn, deposes and says the following:

I, Elizabeth L. Allman, am over 21 years of age and have personal knowledge of the matters set forth in this Affidavit. I am currently the Administrator for the Florida Courts E-Filing Authority and an Association Services Manager for the Florida Court Clerks & Comptrollers ("FCCC"). Among my duties as Administrator for the Florida Courts E-Filing Authority, I am the custodian of business records related to the Florida Courts E-Filing Portal.

Attached hereto are records from FCCC. These records are kept by FCCC, on behalf of the Florida Courts E-Filing Authority, in the ordinary course of business. It is the regular practice of FCCC for an employee or representative with knowledge of the event recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time or reasonably soon thereafter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Elizabeth L. Allman

SWORN TO AND SUBSCRIBED before me by ELIZABETH L. ALLMAN, who is personally known to me or who produced _____ as identification on this 19 day of December 2024.

_____
NOTARY PUBLIC
State of Florida

Notary Public State of Florida
Amy Nicole Herndon
My Commission HH 414511
Expires 6/26/2027

**COMPLAINT PAGE - 38**

| # | User | Action Date | Action | Remarks | Client IP |
|---|---|---|---|---|---|
| 2681728180 | Jermaine Carlos Diaz | 06/22/2020 05:48:33 PM | Sent transaction to payment system | Order # 28351640 Reference/Conf. # | 24.234.194.30 |
| 2681728181 | Jermaine Carlos Diaz | 06/22/2020 05:48:33 PM | Received | | 24.234.194.30 |
| 2681728182 | Jermaine Carlos Diaz | 06/22/2020 05:48:33 PM | Emergency filing designation by the filer | | 24.234.194.30 |
| 2681728184 | Florida E-Portal | 06/22/2020 05:48:33 PM | Submitting Documents for Virus Scanning | | |
| 2681728185 | Florida E-Portal | 06/22/2020 05:48:33 PM | Filing Received Notification Sent To Filer | Filing Received | |
| 2681728204 | Florida E-Portal | 06/22/2020 05:48:34 PM | Document Scan Completed | All Documents in Submission are allowed | |
| 2681728211 | Florida E-Portal | 06/22/2020 05:48:35 PM | Validating Filing | | |
| 2681728217 | Florida E-Portal | 06/22/2020 05:48:35 PM | Validating Filing | Document Added | |
| 2681728218 | Florida E-Portal | 06/22/2020 05:48:35 PM | Ready for Review | | |
| 2681728223 | Jermaine Carlos Diaz | 06/22/2020 05:48:35 PM | Electronic Service Notification Sent | SERVICE OF COURT DOCUMENT CASE NUMBER 482019CA008025A001OX DIAZ, JERMAINE Cvs.PAYNE, RAYON S | |
| 2681892587 | Nicole Evans | 06/23/2020 12:26:56 AM | Assigned for Review | Assigned to user 242374 for Review | |
| 2681892591 | Nicole Evans | 06/23/2020 12:26:56 AM | Opened for Review | | |
| 2681892639 | Nicole Evans | 06/23/2020 12:27:30 AM | Meta Data Changed during Review | Document # 1 Event/Document Type changed from Motion for Continuance to Motion for Enlargement/Extension of Time | |
| 2681892640 | Nicole Evans | 06/23/2020 12:27:30 AM | Document Saved | | |
| 2681892641 | Nicole Evans | 06/23/2020 12:27:30 AM | Document Accepted | | |
| 2681892642 | Nicole Evans | 06/23/2020 12:27:31 AM | Review Complete | | |
| 2681892643 | Florida E-Portal | 06/23/2020 12:27:31 AM | Being Sent to CMS | | |
| 2681892647 | Florida E-Portal | 06/23/2020 12:27:33 AM | Sent to CMS | CMS Confirmation # 9029091 | |
| 2681892671 | Florida E-Portal | 06/23/2020 12:27:44 AM | Docketing Complete - All Documents Filed | | |
| 2681892672 | Florida E-Portal | 06/23/2020 12:27:44 AM | Send Payment Settlement Request | Order # 28351640 | |
| 2681892676 | Florida E-Portal | 06/23/2020 12:27:46 AM | Payment Settled | Order # 28351640 | |
| 2681892677 | Florida E-Portal | 06/23/2020 12:27:46 AM | Docketing Complete Notification Sent | Processing Completed for Filing # 109232245 | |

**COMPLAINT PAGE - 39**