# EXHIBIT(5)

17

## AT&T Global Legal Demand Center

| | |
|---|---|
| **From:** | Keko Mardi <kekomardi@gmail.com> |
| **Sent:** | Monday, January 6, 2025 5:28 PM |
| **To:** | AT&T Global Legal Demand Center |
| **Subject:** | ATT Subpoena |
| **Attachments:** | ATT Subpoena.pdf |

**This Message is From an Unknown Sender**

The message sender does not frequently correspond with AT&T. Click for additional detail.

Please see attached subpoena

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**COMPLAINT PAGE - 140**

# IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

JERMAINE CARLOS DIAZ,

    Plaintiff,

V.                                   Case No. 2019-CA-8025

RAYON PAYNE.

    Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

**TO:**
AT&T Wireless
Subpoena Compliance Center
11760 US Highway 1,
Ste. 600
North Palm Beach FL 22408

**YOU ARE COMMANDED** to produce the following records for inspection and copying in relation to the AT&T account associated with the phone number **501-486-8000**. This request seeks **financial, account-related, and contact information** to assist in identifying the financial history and account details, including any associated emails.

## RECORDS REQUESTED

1. **Account Holder Information:**

   o The name, address, and contact information of the subscriber associated with the phone number **501-486-8000**.

   o Any **email addresses** associated with this account for billing, contact, or communication purposes.

1

- Account creation date and dates of activity, along with any linked accounts or services.

2. **Billing and Payment Records:**
   - All **billing statements** for the account from January 2024 to Present, including details of all charges, payments, credits, and any outstanding balances.
   - **Payment history** for this account, specifying dates, amounts, and methods of payment (e.g., credit card, bank transfer, cash).
   - Identification of any financial institution or credit card issuer linked to the payment method used on the account.

3. **Service and Usage Details:**
   - Any records related to the **type of services** associated with this number, including whether the account is linked to a prepaid or postpaid plan.
   - Details regarding data usage, if available, or other related service records associated with the number **501-486-8000**.

4. **Email Records Associated with Account:**
   - Any **email addresses associated with the phone number 501-486-8000** for account verification, billing, or customer communications.
   - Note: This request is limited to identifying email addresses only and does not seek the content of any communications sent or received via these emails.

2

**COMPLIANCE:**

Failure to comply with this subpoena may subject you to penalties under Florida law, including contempt of court. Compliance is required by 21 days from date of service. If you have any questions please contact Rayon Payne at 863-485-0550.

**ISSUED BY THE CLERK OF COURT:**

Date: ___/___/ 2024   JAN 0 6 2025

Clerk's Signature
Seal of the Court, if applicable

3