# EXHIBIT(6)


## 2019-CA-8025-0

**WHO IS YOUNG LACE** <moneytoblowmusicgroup@gmail.com>     Sat, Mar 2, 2024 at 2:49 PM
To: 40orange <40orange@ninthcircuit.org>, <kekomardi@gmail.com>

I am writing this email seeking a hearing with the judge in person, I have attached the following screen shots that Mr Payne has continued to disrespect the courts ruling that anything that is not of public record not be posted on social media for harassment purposes, less than 24 hours of me emailing the judge Mr Payne has continued to post emails that are not of public records along with more defamatory false allegations that's attacking and damaging to a innocent child. This case has been serious from the start and it's clear this individual is mentally ill and has no respect for children, privacy or the court. This individual needs professional help and is using this respectful court as a circus. Please relay this email to the judge.

Respectfully
Jermaine Diaz
image0.png, image1.png, image2.png, image3.png, image4.png, image5.png, image6.png, image7.png