# EXHIBIT(7)

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT

IN AND FOR ORANGE COUNTY, FLORIDA

RAYON PAYNE,

Plaintiff

v.                                                                         CASE NO:   2024-CA-010589-O

NAVY FEDERAL CREDIT UNION

Defendant _____/

**NONPARTY OBJECTION TO SUBPOENA DUCE TECUM WITHOUT DEPOSITION**

COMES NOW, **Nonparty, Jermaine Carlos Diaz**, a resident of the State of Texas and pursuant to Florida Rule of Civil Procedure 1.351, hereby objects to the subpoena issued and files this written objection:

1.      Plaintiff Rayon Payne seeks to serve a subpoena on non-party, ORANGE COUNTY CLERK OF COURTS, for a wild array of filing and case search data of the public at large, including the undersigned Nonparty, other agencies, and nonparties.

2.      On December 17, 2024, Plaintiff **caused** the Clerk's Office of this Court to **issue that subpoena early**, violating Florida Rule of Civil Procedure 2.514.

3.      Additionally, the subpoena **fails to comply** with Florida Rule of Civil Procedure 1.351, including failing to specify the date and time of production as required in each case.

4.      The undersigned Nonparty **objects** at this time based on Procedure 2.514.

//

**COMPLAINT PAGE - 147**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT

IN AND FOR ORANGE COUNTY, FLORIDA


RAYON PAYNE,

Plaintiff

v.                                                                CASE NO:   2024-CA-010589-O

NAVY FEDERAL CREDIT UNION

Defendant _____/


## NONPARTY OBJECTION TO SUBPOENA DUCE TECUM WITHOUT DEPOSITION


COMES NOW, **Nonparty, Jermaine Carlos Diaz**, a resident of the State of Texas and pursuant to Florida Rule of Civil Procedure 1.351, hereby objects to the subpoena issued and files this written objection:

1. Plaintiff Rayon Payne seeks to serve a subpoena on non-party, FLORIDA COURTS E-FILING AUTHORITY, for a wild array of filing and case search data of the public at large, including the undersigned Nonparty, other agencies, and nonparties.

2. On December 17, 2024, Plaintiff **caused** the Clerk's Office of this Court to **issue that subpoena early**, violating Florida Rule of Civil Procedure 2.514.

3. Additionally, the subpoena **fails to comply** with Florida Rule of Civil Procedure 1.351, including failing to specify the date and time of production as required in each case.

4. The undersigned Nonparty **objects** at this time based on Procedure 2.514.

//

**COMPLAINT PAGE - 148**

5. The undersigned Nonparty also notes that Plaintiff seeks records about *another* case he has filed in this court, **2024-CA-007719-O,** where there is a stay on discovery.

6. The undersigned nonparty that Plaintiff has previously presented subpoenas with the same deficiencies, which were objected to in case number **2019-CA-8025.**

7. Lastly, the undersigned Nonparty further asks this Honorable Court to note that if the Plaintiff serves the subpoena after this objection, there have been previous violations of rules.

8. Plaintiff seems to have a problem following court rules, which looks willful.

9. The undersigned Nonparty reserves all objections, privileges, and rights available under Florida law to further contest the production of these records.

**WHEREFORE**, the undersigned Nonparty, Jermaine Carlos Diaz, respectfully requests that this Honorable Court:

1. **Sustain this objection** and prohibit the production of the requested records;

2. Award the Nonparty any reasonable costs and attorney's fees incurred in litigating this objection, as permitted under Florida law; and

3. Grant such further relief as this Court deems just and proper.

**DATED this 17th day of December, 2024.**

Respectfully submitted,
Jermaine Carlos Diaz, Plaintiff, Pro Se

s/ Jermaine Carlos Diaz

3522 Cornwall Court
Missouri City, Texas 77459
501-486-8000
E: moneytoblowmusicgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been forwarded via the E-portal filing system (electronic mail) to Rayon Payne (kekomardi@gmail.com) and all other interested parties on this 17th day of December 2024.

Respectfully submitted,

Jermaine Carlos Diaz, Plaintiff, Pro Se

s/ Jermaine Carlos Diaz

3522 Cornwall Court
Missouri City, Texas 77459
501-486-8000
E: moneytoblowmusicgroup.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

RAYON PAYNE,

     Plaintiff

V.                                     CASE NO: 2024-CA-010589

NAVY FEDERAL CREDIT UNION,

     Defendant
_____/

## SUBPOENA DUCES TECUM FOR RECORDS

**TO:** Custodian of Records
The Florida Courts E-Filing Authority
P.O. Box 16428
Tallahassee, FL 32317
**Email**: support@myflcourtaccess.com
**Phone**: (850) 577-4609

YOU ARE HEREBY COMMANDED to produce the following information regarding filings

made in the following cases:

- **Case Number 2019-CA-8025 (Jermaine Carlos Diaz vs. Rayon Payne)**

- **Case Number 2024-CA-7719 (Rayon Payne vs. Eric LaRue.)**

**DOCUMENTS REQUESTED**

1. **Filing Activity Logs:**

   - All records of filings made in the specified cases, including:

     a. Date and time of each filing;

     b. Username or registered account associated with each filing; and

     c. IP address used to submit each filing.

1

**COMPLAINT PAGE - 151**

2. **Specific Information for Each Case:**

   - For **case number 2019-CA-8025**, filings from **November 8, 2024, to the present**.

   - For **case number 2024-CA-7719**, filings from **August 29, 2024, to the present**.

3. **Metadata for Filings:**

   - Any additional metadata associated with filings (e.g., email addresses or account information tied to filing users).

## RELEVANCE TO THE CASE

The requested information is directly relevant to the Plaintiff's claims in this action. Specifically:

1. **Corroborating Patterns of Filing and Monitoring:**

   - These records will help establish whether Navy Federal, Mr. Diaz, or related parties were actively monitoring or filing in connection with garnishment proceedings in case **2019-CA-8025** and related actions in case **2024-CA-7719**.

2. **Cross-Referencing IP Addresses:**

   - By cross-referencing IP addresses and user activity between the two cases, Plaintiff seeks to demonstrate coordination, bad faith, or a pattern of obstructive behavior by the Defendant or other parties.

3. **Supporting Claims of Conspiracy and Misconduct:**

   - Evidence of filings or IP matches across these cases would corroborate allegations of deliberate obstruction of garnishment enforcement and misuse of legal filings.

## LEGAL RESPONSE TO POTENTIAL OBJECTIONS

Should objections be raised, the following legal principles apply:

1. **Relevance and Scope**:

   - The requested records are narrowly tailored to support Plaintiff's claims and are directly tied to allegations of conspiracy, bad faith, and misuse of the court system.

2. **Proportionality**:

   - The scope (August 29, 2024, to the present for **2024-CA-7719**; November 8, 2024, to the present for **2019-CA-8025**) is limited and proportional to the needs of the case.

3. **Privacy or Confidentiality Concerns**:

   - The request seeks only administrative data tied to filings in public cases and does not invade personal or privileged information.

## COMPLIANCE DEADLINE

You are required to produce these records on or before **30 days from service** at the address 8815 Conroy Windermere Rd. Ste#208 Orlando Fl 32835 or electronically via kekomardi@gmail.com.

Failure to comply with this subpoena may result in further legal action by the Plaintiff, including motions to compel production.

Tiffany M. Russell

Issued by: ˀˤ Court

Deputy Clerk of the Circuit Court

Date: ___DEC 1 7 2024___

CIVIL DIVISION
425 North Orange Avenue, Room 350
Orlando, Florida 32801

3

**COMPLAINT PAGE - 153**

5.      The undersigned Nonparty also notes that Plaintiff seeks records about *another* case he has filed in this court, **2024-CA-007719-O,** where there is a stay on discovery.

6.      The undersigned nonparty that Plaintiff has previously presented subpoenas with the same deficiencies, which were objected to in case number **2019-CA-8025.**

7.      Lastly, the undersigned Nonparty further asks this Honorable Court to note that if the Plaintiff serves the subpoena after this objection, there have been previous violations of rules.

8.      Plaintiff seems to have a problem following court rules, which looks willful.

9.      The undersigned Nonparty reserves all objections, privileges, and rights available under Florida law to further contest the production of these records.

**WHEREFORE**, the undersigned Nonparty, Jermaine Carlos Diaz, respectfully requests that this Honorable Court:

1. **Sustain this objection** and prohibit the production of the requested records;

2. Award the Nonparty any reasonable costs and attorney's fees incurred in litigating this objection, as permitted under Florida law; and

3. Grant such further relief as this Court deems just and proper.

**DATED this 17th day of December, 2024.**

Respectfully submitted,

Jermaine Carlos Diaz, Plaintiff, Pro Se

s/ Jermaine Carlos Diaz

3522 Cornwall Court
Missouri City, Texas 77459
501-486-8000
E: moneytoblowmusicgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been forwarded via the E-portal filing system (electronic mail) to Rayon Payne (kekomardi@gmail.com) and all other interested parties on this 17th day of December 2024.

Respectfully submitted,

Jermaine Carlos Diaz, Plaintiff, Pro Se

s/ Jermaine Carlos Diaz

3522 Cornwall Court
Missouri City, Texas 77459
501-486-8000
E: moneytoblowmusicgroup.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA


RAYON PAYNE,

    Plaintiff

V.                                    CASE NO: 2024-CA-010589

NAVY FEDERAL CREDIT UNION,

    Defendant

_____/

### SUBPOENA DUCES TECUM FOR RECORDS

TO: Custodian of Records
Orange County Clerk of Courts (**myorangeclerk.com**)
425 N. Orange Ave.
Orlando, FL 32801

YOU ARE HEREBY COMMANDED to produce the following information regarding access to

court records for case number **2019-CA-8025** (Jermaine Carlos Diaz vs. Rayon Payne):


**DOCUMENTS REQUESTED**

1. **Access Logs**:

   - Date and time of all virtual access to the court file;

   - IP addresses associated with each access; and

   - Usernames, emails, or identifying information tied to registered accounts

     accessing the file (if available).

2. **Activity Records**:
   - Logs showing actions by users related to the viewing, downloading, or otherwise

     interacting with the court file.


1

**DATE RANGE REQUESTED**: From **November 18, 2024, to the present.**

## RELEVANCE TO THE CASE

The requested information is directly relevant to the Plaintiff's claims in this action. Specifically:

1. **Establishing Knowledge and Activity**:

   - These records are necessary to determine whether Navy Federal Credit Union, or any party acting on its behalf, accessed the case file to monitor garnishment proceedings prior to or concurrent with their inconsistent responses to the garnishments.

2. **Supporting Conspiracy Allegations**:

   - Evidence of access would demonstrate prior knowledge of legal actions, supporting Plaintiff's allegations that Navy Federal conspired to obstruct the enforcement of garnishment orders.

3. **Corroborating Misconduct**:

   - The access logs will help establish a timeline of Navy Federal's involvement, corroborating Plaintiff's claims of bad faith and deliberate obstruction.

## LEGAL RESPONSE TO POTENTIAL OBJECTIONS

Should any objections be raised, the following legal principles apply:

1. **Relevance and Scope**:

   - The information requested is directly tied to the claims and defenses in this action, as allowed under Rule 1.280 of the Florida Rules of Civil Procedure. Courts consistently hold that discovery requests need only show reasonable relevance, not absolute proof of necessity.

2

**COMPLAINT PAGE - 157**

2.  **Privacy or Confidentiality Concerns:**

    *   The request does not seek sensitive personal information but is limited to identifying activity related to the public court file for this case. Access to this data is critical to uncovering evidence of misconduct or conspiracy.

3.  **Proportionality:**

    *   The scope of the request (limited to logs from November 18, 2024, to present) is narrow and proportional to the needs of the case. The burden on the Clerk's Office to produce this data is minimal compared to the importance of the information in resolving the claims.

**COMPLIANCE DEADLINE**

You are required to produce these records on or before **30 days from service** at the address 8815 Conroy Windermere Rd. Ste#208 Orlando Fl 32835 or electronically via kekomardi@gmail.com.

Failure to comply with this subpoena may result in further legal action by the Plaintiff, including motions to compel production.

CIVIL DIVISION
425 North Orange Avenue, Room 360,
Orlando, Florida 32801

Tiffany M. Russell
Court
Issued by

Deputy Clerk of the Circuit Court

Date: **DEC 17 2024**

3

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT

IN AND FOR ORANGE COUNTY, FLORIDA


RAYON PAYNE,

Plaintiff

v.                                                          CASE NO:   2024-CA-010589-O

NAVY FEDERAL CREDIT UNION

Defendant _____/


## NONPARTY OBJECTION TO SUBPOENA DUCE TECUMS


COMES NOW, **Nonparty, Jermaine Carlos Diaz**, a resident of the State of Texas and pursuant to Florida Rule of Civil Procedure 1.351, hereby objects to the subpoena issued and files this written objection:

1. Plaintiff Rayon Payne seeks to serve a subpoena on non-party, Meta Platforms (Instagram), for the records of the undersigned Nonparty, Jermaine Carlos Diaz

2. On December 17, 2024, Plaintiff **caused** the Clerk's Office of this Court to **issue that subpoena early**, violating Florida Rule of Civil Procedure 2.514.

3. Additionally, the subpoena fails to comply with Florida Rule of Civil Procedure 1.351, including failing to specify the date and time of production as required in each case.

4. The undersigned Nonparty **objects** at this time based on Procedure 2.514.

5. The undersigned Nonparty also notes that Plaintiff seeks records about *another* case he has filed in this court, **2024-CA-007719-O,** where there is a stay on discovery.

**COMPLAINT PAGE - 159**

6. The undersigned Nonparty that Plaintiff has previously presented subpoenas **with the same deficiencies**, and they were objected to in case number **2019-CA-8025.**

7. Lastly, the undersigned Nonparty further asks this Honorable Court to note if the Plaintiff serves the subpoena after this objection; there have been previous violations of rules.

8. Plaintiff seems to have a problem following rules of the court and it seems willful.

9. The undersigned Nonparty reserves all objections, privileges, and rights available under Florida law to further contest the production of these records.

**WHEREFORE**, the undersigned Nonparty, Jermaine Carlos Diaz, respectfully requests that this Honorable Court:

1. **Sustain this objection** and prohibit the production of the requested records;

2. Award the Nonparty any reasonable costs and attorney's fees incurred in litigating this objection, as permitted under Florida law; and

3. Grant such further relief as this Court deems just and proper.

**DATED this 17th day of December, 2024.**

Respectfully submitted,
Jermaine Carlos Diaz, Plaintiff, Pro Se

s/ Jermaine Carlos Diaz

3522 Cornwall Court
Missouri City, Texas 77459
501-486-8000
E: moneytoblowmusicgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been forwarded via the E-portal filing system (electronic mail) to Rayon Payne (kekomardi@gmail.com) and all other interested parties on this 17th day of December 2024.

Respectfully submitted,

Jermaine Carlos Diaz, Plaintiff, Pro Se

s/ Jermaine Carlos Diaz

3522 Cornwall Court
Missouri City, Texas 77459
501-486-8000
E: moneytoblowmusicgroup.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

RAYON PAYNE,

    Plaintiff

V.

NAVY FEDERAL CREDIT UNION,

    Defendant

_____/

CASE NO: 2024-CA-010589-O

### SUBPOENA DUCES TECUM

**TO:** Meta Platforms, Inc. (Instagram)
Subpoena Compliance Department
1601 Willow Road
Menlo Park, CA 94025

**YOU ARE HEREBY COMMANDED** to produce the following documents on or before 30

days upon service of this subpoena to Rayon Payne 8815 Conroy Windermere Ste#208 Orlando

Fl 32835 or via email at kekomardi@gmail.com via secured server in PDF format if you have

any question please call Plaintiff at 863-485-0550, pursuant to Florida Rule of Civil Procedure

1.351:

**Documents and Data to Be Produced**

1. **Account Information:**
   - All account registration details for the Instagram accounts:
     - @legendaryblueprint
     - @lacetheblueprint
     - @realyounglace
     - @moneytoblowmusicgroup
   - Include account creation dates, linked email addresses, phone numbers, and associated IP addresses.
2. **Account Activity and Content:**
   - All posts, stories, reels, and live stream videos created or uploaded to the above Instagram accounts from **date account was created to the present**.
   - Metadata associated with all posts and videos, including timestamps, geolocation, and device information.

1

3. **Monetization and Payment Records**:
   - All records related to monetization of the above accounts, including setup details, linked payment accounts, and payment history.
   - Include associated bank account or digital wallet information.
4. **Direct Communications**:
   - All direct messages, including private chats, group messages, and responses to followers, sent or received via the above accounts.
   - Include timestamps and metadata for each communication.
5. **Reports and Policy Violations**:
   - A detailed log of all reports or complaints made by users regarding the accounts **@realyounglace** and **@moneytoblowmusicgroup**, including the nature of the reports, timestamps, and how Meta Platforms responded to each report.
   - Records reflecting whether Meta Platforms, Inc. was aware that the accounts belonged to a registered sex offender (Jermaine Carlos Diaz).
   - Records of any internal investigations, policy enforcement actions, or termination of these accounts, including reasons for any such actions.
6. **Policy Compliance**:
   - Documents or communications reflecting how the accounts were allowed to operate given Meta's policies prohibiting sex offenders from maintaining accounts on its platform.
7. **Account Violations or Reports**:
   - Any records of account violations, reports, or flagged activity related to the above accounts.
8. **Advertising and Business Activities**:
   - All records of advertising activity, sponsored content agreements, or business-related communications involving these accounts.

Failure to comply with this Subpoena Duces Tecum may result in court sanctions as permitted under the Florida Rules of Civil Procedure.

Tiffany M. Russell
Clerk of Court

**ISSUED BY THE CLERK OF COURT**
ORANGE COUNTY, FLORIDA

DATED: **DEC 17 2024**

By:

**Deputy Clerk**

CIVIL DIVISION
425 North Orange Avenue, Room 350
Orlando, Florida 32801

2

**COMPLAINT PAGE - 163**