**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYON PAYNE,
     Plaintiff,
V.                                Case No. _____

JERMAINE CARLOS DIAZ,
ERIC LARUE,
THE LARUE FIRM, PLLC,
ANDREW IRVIN,
PAUL IRVIN,
AND IRVIN & IRVIN PLLC,
     Defendants.
_____/

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING**
**ORDER AND PRELIMINARY INJUNCTION**

**COMES NOW**, Plaintiff, **Rayon Payne**, pro se, and respectfully moves this Honorable Court

for an order granting a **Temporary Restraining Order (TRO)** and **Preliminary Injunction**

against Defendants, **Jermaine Carlos Diaz**, **Eric LaRue**, **The LaRue Firm, PLLC**, **Andrew**

**Irvin**, **Paul Irvin**, and **Irvin & Irvin, PLLC** (collectively, "Defendants"). Plaintiff seeks to

prevent Defendants from engaging in further acts of obstruction, harassment, proxy filings, and

interference with Plaintiff's enforcement of the 2019 judgment in case #2019-CA-8025 in the

Ninth Judicial Circuit in and for Orange County Florida .

**LEGAL STANDARD**

To obtain a Temporary Restraining Order or Preliminary Injunction, Plaintiff must demonstrate:

1. **Likelihood of Success on the Merits**: Plaintiff must show a strong likelihood of

    prevailing on the claims in the underlying complaint.

1

2. **Irreparable Harm**: Plaintiff must show that immediate harm will result without the requested relief.

3. **Balance of Equities**: The harm to Plaintiff outweighs any inconvenience to Defendants.

4. **Public Interest**: Granting the relief must serve the public interest.

## ARGUMENT

### I. Plaintiff is Likely to Succeed on the Merits

Plaintiff's complaint provides clear evidence that Defendants:

- Filed proxy objections and unauthorized motions to obstruct justice (See Exhibits 2 and 4 to the Complaint).

- Engaged in retaliatory conduct by filing baseless protective orders and defaming Plaintiff (See Exhibits 5 and 6 to the Complaint).

- Coordinated efforts to interfere with Plaintiff's enforcement of a valid judgment by contacting third parties without standing or authority (See Exhibits 3 and 7 to the Complaint).

These actions support Plaintiff's claims for fraud upon the court, civil conspiracy, and abuse of process.

### II. Plaintiff Will Suffer Irreparable Harm Without a TRO

Defendants' continued obstruction and retaliatory conduct have caused and will continue to cause:

- Irreversible damage to Plaintiff's ability to enforce a valid judgment.

- Reputational harm from false and defamatory statements.

- Unnecessary delay and erosion of the judicial process.

Without immediate relief, Defendants will be free to destroy evidence, interfere with third-party subpoenas, and further obstruct Plaintiff's rights.

### III. The Balance of Equities Favors Plaintiff

The requested injunction imposes no undue burden on Defendants, as it merely requires them to cease unlawful and obstructive behavior. Conversely, Plaintiff faces ongoing harm and significant prejudice without relief.

### IV. The Injunction Serves the Public Interest

Granting injunctive relief promotes the integrity of the judicial process and deters future abuse by preventing Defendants from engaging in obstructive and retaliatory conduct.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Grant a Temporary Restraining Order immediately.

2. Schedule a hearing to determine whether the TRO should transition into a Preliminary Injunction.

**RELIEF REQUESTED**

Plaintiff seeks the following immediate relief through a TRO, pending a full hearing for a preliminary injunction:

1. **Prohibit Proxy Filing**: Defendants shall immediately cease using VPNs or proxy services to file court documents in any case involving Plaintiff.

2. **Preservation of Evidence**: Defendants shall preserve all communications, metadata, and documents related to the allegations in this case.

3

3. **Certificate of Compliance**: Defendants shall file a certificate of service with all future filings, affirming that no VPNs or proxy accounts were used.

4. **Restrict Retaliatory Conduct**: Defendants shall be prohibited from:

   - Filing protective orders, objections, or other legal actions based on unsupported allegations or aimed at harassment.

   - Monitoring Plaintiff's social media or public activities for the purpose of retaliation.

5. **Disclosure of Third-Party Contacts**: Defendants LaRue, The LaRue Firm, Andrew Irvin, Paul Irvin, and Irvin & Irvin PLLC shall disclose all third-party contacts, communications, and obstructive filings related to this matter.

Plaintiff further requests that the Court schedule a hearing to address the need for a preliminary injunction to maintain this relief throughout the litigation.

## Certificate of Service

I hereby certify that a copy of the foregoing motion was personally served with the complaint and summons on all Defendants in compliance with Rule 5.

Respectfully submitted,
RAYON PAYNE, PRO SE

/s/ Rayon Payne

_____

4837 Normandy Pl
Orlando Florida 32811
Tel: 863-485-0550
Email: kekomardi@gmail.com

4