UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
RAYON PAYNE,
  Plaintiff,
V.            Case No. _____

JERMAINE CARLOS DIAZ,
ERIC LARUE,
THE LARUE FIRM, PLLC,
ANDREW IRVIN,
PAUL IRVIN,
AND IRVIN & IRVIN PLLC,
  Defendants.
_____/

## PROPOSED ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**THIS MATTER comes before the Court on Plaintiff Rayon Payne's Motion for Temporary Restraining Order and Preliminary Injunction.** The Court has reviewed the motion, the supporting exhibits, and the relevant legal authorities.

After due consideration, it is hereby:

1. **ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is:

   - GRANTED, and the Defendants are temporarily restrained as follows, pending further hearing:

     a. Defendants are prohibited from using VPNs, proxy services, or other methods to file court documents in any case involving Plaintiff.

     b. Defendants shall preserve all communications, metadata, and documents related to the allegations in this case.

     c. Defendants must file a certificate of compliance with every future filing affirming that no VPNs or proxies were used.

5

    d.   Defendants are prohibited from filing retaliatory protective orders or other legal actions without a factual or legal basis.

    e.   Defendants LaRue, The LaRue Firm, Andrew Irvin, Paul Irvin, and Irvin & Irvin PLLC shall disclose all third-party contacts and obstructive communications related to this matter.

    A hearing on the Preliminary Injunction is set for _____/____/2025.

- DENIED, and the Court sets a hearing for the requested Preliminary Injunction on _____/____/2025..

2. **IT IS FURTHER ORDERED** that failure to comply with this Order may result in sanctions, including but not limited to monetary fines or other remedies deemed appropriate by the Court.

**DONE AND ORDERED** in Orlando, Florida, this _____/____/2025..

_____
UNITED STATES DISTRICT JUDGE

6