# <u>RETURN OF SERVICE</u>
## UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:25-CV-00106-JSS-DCI

Plaintiff: **RAYON PAYNE**
vs.
Defendant: **JERMAINE CARLOS DIAZ, ERIC LARUE, THE LARUE FIRM, PLLC., ANDREW IRVIN, PAUL IRVIN AND IRVIN & IRVIN PLLC**



ASH2025001009

For:
RAYON PAYNE
8815 CONROY WINDERMERE RD
STE 208
ORLANDO, FL 32835

Received by Ashburn Associates, Inc. on the 26th day of January, 2025 at 4:08 pm to be served on **ERIC LARUE, 558 W NEW ENGLAND AVE, UNIT 210, WINTER PARK, FL 32789**

I, BENNY GONZALEZ, do hereby affirm that on the **27th day of January, 2025** at **1:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IS A CIVIL ACTION, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, INITIAL,COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **ERIC LARUE** at the address of: **558 W NEW ENGLAND AVE, UNIT 210, WINTER PARK, FL 32789**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 200, Hair: Black, Glasses: N

I do hereby acknowledge that I am a Sheriff Appointed Process Server, in the county in which service was effected, in accordance with Florida Statutes, I am over the age of 18, and have no interest in the above action, pursuant to F.S. 92.525(2). Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true.  No Notary required Pursuant to F.S. 92.525 (2)

**BENNY GONZALEZ**
18-0016

**Ashburn Associates, Inc.**
**727 Carlson Dr**
**Orlando, FL 32804**
**(407) 894-7979**

Our Job Serial Number: ASH-2025001009

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

DELIVERED  1/27/2025 1:30 PM
LICENSE   18-0016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| RAYON PAYNE | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| JERMAINE CARLOS DIAZ, ERIC LARUE, | ) |
| THE LARUE FIRM, PLLC., ANDREW IRVIN, | ) |
| PAUL IRVIN, AND IRVIN & IRVIN PLLC., | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   6:25-cv-00106-JSS-DCI

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ ERIC LARUE
558 W New England Ave
UNIT 210,
Winter Park, FL 32789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RAYON PAYNE
8815 CONROY WINDERMERE RD ·
STE. #208
ORLANDO FL 32835

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JulissaSoto

Date:   January 24, 2025 _____

_____
_Signature of Clerk or Deputy Clerk_