**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYON PAYNE,
     Plaintiff,

V.                                                                          Case No. 6:25-cv-106-JSS-DCI


JERMAINE CARLOS DIAZ, ET AL.
     Defendants.

_____/

**PLAINTIFF'S DISCLOSURE STATEMENT**

1. Is the filer a government entity or a party to a government contract?

   **Answer:** No.

2. What is the basis for this court's jurisdiction?

   **Answer:** 28 U.S.C. § 1332(a) (Diversity Jurisdiction).

3. If this is a diversity action, name the states of which each party is a citizen.

   - **Plaintiff:**

     Rayon Payne – Citizen of Florida.

   - **Defendants:**

     - Jermaine Carlos Diaz – Citizen of Texas.

     - Eric LaRue – Citizen of Florida.

     - The LaRue Firm, PLLC – Citizen of Florida.

     - Paul Irvin – Citizen of Florida.

     - Andrew Irvin – Citizen of Florida.

     - Irvin & Irvin, PLLC – Citizen of Florida.

1

4. Does this action arise out of a contract with the federal government or involve a claim against the federal government?

   **Answer:** No.

5. Might the outcome of this action affect any entity not yet identified, such as a public corporation, shareholder, or debt holder?

   Answer: No.

6. Is this a bankruptcy action?

   **Answer:** No.

7. Is this a criminal case?

   **Answer:** No.

8. Is there an additional entity likely to actively participate in this action?

   **Answer:** No.

9. Does the filer certify that, except as disclosed, the filer is unaware of any actual or potential conflict of interest affecting the district court judge or magistrate judge in this action, and the filer will immediately notify the judge in writing within 14 days of becoming aware of a conflict?

   **Answer:** Yes.

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/27/2025, I served a copy of this notice via g., U.S. Mail to all parties.

| | |
|---|---|
| Eric LaRue<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 | Andrew Irvin<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 |
| The LaRue Firm<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 | Paul Irvin<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 |
| Irvin & Irvin<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 | |

**Dated:** 1/27/2025

Respectfully submitted,
RAYON PAYNE, PRO SE
 /s/ Rayon Payne

_____
8815 Conroy Windermere Rd
Orlando, Fl 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

3