**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYON PAYNE,
      Plaintiff,
V.                                        Case No. 6:25-CV-00106- JSS-DCI


JERMAINE CARLOS DIAZ,
ERIC LARUE,
THE LARUE FIRM, PLLC,
ANDREW IRVIN,
PAUL IRVIN,
AND IRVIN & IRVIN PLLC,
      Defendants.
_____/

**PLAINTIFF NOTICE OF PENDENCY OF OTHER ACTION**

Pursuant to Local Rule 1.07(c), Plaintiff hereby certifies that the following pending or closed

actions are related to the instant case:

1. **Jermaine Carlos Diaz v. Rayon Payne**

   ○ **Case No.:** 2019-CA-8025

   ○ **Court:** Ninth Judicial Circuit, Orange County, Florida

   ○ **Relation to Federal Case:** This case involved claims for defamation against

   Plaintiff (Payne), which resulted in a final judgment in Plaintiff's favor. This

   judgment forms the basis of the federal claims involving the enforcement of that

   judgment and Defendants' obstructive conduct.

2. **Rayon Payne v. Eric LaRue, et al.**

   ○ **Case No.:** 2024-CA-7719

   ○ **Court:** Ninth Judicial Circuit, Orange County, Florida

1

- ○ **Relation to Federal Case:** This case involves claims of malicious prosecution, abuse of process, and civil conspiracy stemming from Defendants' actions following the judgment in Case No. 2019-CA-8025.

3. **Rayon Payne v. Navy Federal Credit Union**

   - ○ **Case No.:** 2024-CA-10589

   - ○ **Court:** Ninth Judicial Circuit, Orange County, Florida

   - ○ **Relation to Federal Case:** This case involves post-judgment collection efforts related to Case No. 2019-CA-8025, during which Defendant Diaz engaged in proxy filings and obstructive conduct.

4. **Jermaine Carlos Diaz v. Rayon Payne** (Protective Order)

   - ○ **Case No.:** 24-DCV-324398

   - ○ **Court:** 387th District Court, Fort Bend County, Texas

   - ○ **Relation to Federal Case:** This case involves a retaliatory and baseless request for a protective order filed by Defendant Diaz, allegedly to obstruct Plaintiff's collection efforts related to the judgment in Case No. 2019-CA-8025.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/27/2025, I served a copy of this notice via g., U.S. Mail to all parties.

| | |
|---|---|
| Eric LaRue<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 | Andrew Irvin<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 |
| The LaRue Firm<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 | Paul Irvin<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 |
| | Irvin & Irvin<br>558 W New England Ave<br>Ste 210<br>Winter Park, FL 32789-4240 |

**Dated:** 1/27/2025

Respectfully submitted,
RAYON PAYNE, PRO SE
/s/ Rayon Payne

_____

8815 Conroy Windermere Rd
Orlando, Fl 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

3