**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYON PAYNE,
     Plaintiff,
V.                                    Case No. 6:25-cv-106-JSS-DCI


JERMAINE CARLOS DIAZ, ET AL.
     Defendants.
_____/

### PLAINTIFF'S MOTION REQUEST FOR LEAVE TO AMEND COMPLAINT

**Plaintiff, Rayon Payne**, pursuant to **Federal Rule of Civil Procedure 15(a)(2)** and the Court's inherent authority, respectfully moves for leave to file an **Amended Complaint** and states as follows.

**BACKGROUND**

1. Plaintiff originally filed this action against multiple defendants, including Jermaine Carlos Diaz and several Florida-based defendants.

2. On 1/28/25, this Court dismissed the case without prejudice due to a lack of complete diversity among the parties.

3. Plaintiff seeks to amend the complaint to remove all non-diverse defendants, leaving only Defendant Diaz, thereby preserving complete diversity jurisdiction under 28 U.S.C. § 1332.

**LEGAL STANDARD**

4. Under Federal Rule of Civil Procedure 15(a)(2), courts should freely grant leave to amend when justice requires.

1

5. The Eleventh Circuit has recognized that leave to amend should be granted unless there is undue delay, bad faith, or undue prejudice to the opposing party (Foman v. Davis, 371 U.S. 178, 182 (1962)).

6. In this case, no undue delay or prejudice exists, as the case was recently dismissed without prejudice and no answer has been filed.

**ARGUMENT**

7. The proposed amendment ensures complete diversity jurisdiction by removing all non-diverse defendants while maintaining the core claims against Diaz.

8. The amendment is made in good faith, as Plaintiff is simply complying with the Court's ruling and adjusting the complaint accordingly.

9. No undue prejudice will result from this amendment, as Defendant Diaz has not yet responded to the initial complaint, and no discovery has taken place.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to amend the complaint.

**Dated:** 1/29/2025

Respectfully submitted,
RAYON PAYNE, PRO SE
/s/ Rayon Payne

_____

8815 Conroy Windermere Rd
Orlando, Fl 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com